IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | | |
|---|---|---|---|
| Civil Action: | 22-cv-00348-CNS-SKC | Date: | February 27, 2023 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| PROGRESSIVE PREFERRED INSURANCE CO.<br>**Plaintiff** | *John Hilkin* |
| **v.** | |
| RICHARD WAITMAN<br>REBECCA WAITMAN<br>ISRAEL WAITMAN<br>IRELAND WAITMAN<br>**Defendants** | *Michael Blanton* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  10:00 a.m.

Appearance of counsel.

Argument as to [31] Defendants' Motion for Summary Judgment and [32] Plaintiff's Motion for Summary Judgment on Plaintiff's Claims given by Mr. Hilkin and Mr. Blanton with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:   [31] Defendants' Motion for Summary Judgment is DENIED.**

**[32] Plaintiff's Motion for Summary Judgment on Plaintiff's Claims is GRANTED.**

**ORDERED:** **Judgment to enter in favor of the plaintiff as Progressive Preferred Insurance Company owes no duty to the defendants under part one of the policy pertaining to bodily injury and part three of the policy pertaining to uninsured motorist coverage.**

**Each party to pay their own fees and costs.**

Court in Recess:  11:02 a.m.          Hearing concluded.          Total time in Court:  01:02